UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 SEP 13 AM 9:18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JORGE SANDOVAL
AKA: JORGE ANTONIO BENITEZ-SANDOVAL,

           Defendant.

CASE NO. 12-cr-_____

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Attempted Reentry of Removed Alien(1)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/6/12

Barbara L. Major
U.S. Magistrate Judge